FILED IN OPEN COURT
ON 8/31/21
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:20-CR-00173-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | STIPULATED JUDICIAL ORDER |
| v. | ) | OF REMOVAL |
| | ) | A# 074-267-507 |
| MARIO SOTELO | ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of the defendant Mario Sotelo and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Mexico and a citizen of Mexico.

3. The defendant entered the United States unlawfully at an unknown place and date.

4. The defendant became a permanent resident in the United States on September 15, 1997.

5. The defendant became a naturalized citizen of the United States on September 5, 2008.

6. The defendant was convicted of incest, statutory rape, and indecent liberties with child, aggravated felonies, on August 23, 2018. The date of the offense was June 13, 2003.

7. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the Eastern District of North Carolina of the Indictment charging passport fraud, in violation of 18 U.S.C. § 1542.

8. The maximum term of imprisonment for a violation of 18 U.S.C. § 1542 is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to one count of 18 U.S.C. § 1542, the maximum sentence faced by the defendant is 10 years' imprisonment.

9. The defendant is, and at sentencing will be, subject to removal from the United States as an alien who is convicted of an aggravated felony at any time after admission, pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii).

10. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

11. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Mexico promptly upon his completion of a term of imprisonment, if any.

IT IS SO ORDERED this 31st day of August, 2021.

_RICHARD E. MYERS II_
RICHARD E. MYERS II
Chief United States District Judge